IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leslie Powellcraft Pal,                                    :
                                                           :
                    Plaintiff(s),                          :
                                                           :
                                                           :   Case Number: 1:15cv168
          vs.                                              :
                                                           :   Judge Susan J. Dlott
FBI Protective Program, et al.,                            :
                                                           :
                    Defendant(s).                          :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States

District Court for the Southern District of Ohio Western Division to United States Magistrate Judge

Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and

filed with this Court on March 19, 2015 a Report and Recommendation (Doc. 4).  Subsequently, the

plaintiff filed objections to such Report and Recommendation (Doc. 5).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de

novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that

such Recommendation should be adopted.

Accordingly, all claims contained in Plaintiff's complaint is **DISMISSED** with prejudice

pursuant to 28 U.S.C. § 1915(e).  It is further ORDERED that plaintiff is admonished not to file any

new complaint in this Court that raises claims identical or similar to those that have already been

adjudicated.

IT IS SO ORDERED.


                                                    ___s/Susan J. Dlott_____
                                                    Judge Susan J. Dlott
                                                    United States District Court